DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed January 05, 2011

*Charles Novack*

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| KAZUKO T MORRISON | ) | Case No. 10-61523 CN |
| | ) | |
| | ) | **ORDER CONFIRMING PLAN** |
| Debtor | ) | |

The Debtor filed a Plan under Chapter 13 of the Bankruptcy Code on Nov 04, 2010, a copy

of which was served on creditors.  After hearing on notice on Dec 29, 2010, the Court finds

that:

1.  The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules

    and procedures.

THEREFORE, IT IS ORDERED THAT:

1.  The Debtor's Plan filed on Nov 04, 2010 is confirmed.

2.  The future income of the Debtor shall be submitted to the supervision and control of

    DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

    /

    /

    /

    /

10-61523 CN - Order Confirming Plan

3. Any creditor whose claim is entirely disallowed by final non appealable order, and any creditor listed in the Debtor's original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the Debtor shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $75

   no later than the last day of each month, at P O BOX 50013, SAN JOSE, CA 95150-0013.

5. If the Debtor fails to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

* * * END OF ORDER * * *

Approved as to form and content.

Dated: Jan 04, 2011                    /s/  DEVIN DERHAM-BURK

                                       Chapter 13 Standing Trustee

Case: 10-61523   Doc# 13   Filed: 01/07/11   Entered: 01/07/11 21:46:46   Page 2 of 4

## <u>COURT SERVICE LIST</u>

Case Name: KAZUKO T MORRISON                    Case No.: 10-61523 CN


KAZUKO T MORRISON
1590 MESCAL ST
SEASIDE, CA  93955


T KEVIN DOUGHERTY ESQ
601 S MAIN ST
SALINAS, CA  93901

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jan 07, 2011.
db          +Kazuko T Morrison,   1590 Mescal St,    Seaside, CA 93955-4625

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2011**                    **Signature:**        *Joseph Speetjens*